IN THE COURT OF COMMON PLEAS
RICHLAND COUNTY, OHIO
CIVIL DIVISION

ERNESTINE R. WILLIAMS, Individually and as :
Administrator of the Estate of Skylar Williams :
1574 Windsor Road :
Mansfield, Ohio 44905 :
:
  Plaintiff, :
:
v. : CASE NO.: 21 CV 61
:
: JUDGE: NAUMOFF
CLERAC, LLC d/b/a :
ENTERPRISE RENT-A-CAR : Magistrate Judge: _____
c/o Statutory Agent :
CT Corporation System : **Jury Demand Endorsed Hereon**
4400 Easton Commons Way :
Suite 125 :
Columbus, Ohio 43219 :
:
  and :
:
EAN HOLDINGS, LLC d/b/a :
ENTERPRISE RENT-A-CAR :
c/o Statutory Agent :
CT Corporation System :
4400 Easton Commons Way :
Suite 125 :
Columbus, Ohio 43219 :
:
  and :
:
ENTERPRISE HOLDINGS INC. :
General Manger or Counsel :
600 Corporate Park Drive :
St. Louis, MO 63105 :
:
  and :
:
JOHN DOE (s), Any Individuals, Corporations :
Limited Liability Companies, Businesses, or Other :
Entities: Names and addresses Unknown, :
:
  Defendants.

## COMPLAINT

**COMES NOW**, Plaintiff Ernestine Williams, as the Administrator of the Estate of Skylar Williams, deceased, through undersigned counsel, and hereby files a complaint for wrongful death and the injury claims that survive such death, as follows:

### FIRST CLAIM FOR RELIEF OF PLAINTIFF ERNESTINE WILLIAMS AS ADMINISTRATOR OF ESTATE OF SKYLAR WILLIAMS, DECEASED, AGAINST ALL DEFENDANTS FOR SURVIVORSHIP

1. Plaintiff Ernestine Williams, who was appointed as Administrator of the Estate of her daughter Skylar Williams, deceased, by the Richland County Probate Court on October 6, 2020 Case Number 20201427, brings this action for the injuries and damages to Skylar Williams, prior to her death and for the benefit of the Estate of Skylar Williams, deceased. A copy of the Letter of Authority is attached hereto as Exhibit A.

2. At all times relevant herein, Defendant CLERAC, LLC d/b/a Enterprise Rent-A-Car (hereinafter referred to collectively as "Enterprise Rent-A-Car" or "Enterprise"), transacts business, in combination with Defendant EAN Holdings LLC or by itself, throughout the State of Ohio and in Richland County, Ohio at a store it owns and operates at 1512 W 4th Street, Mansfield, Ohio 44906 and said Defendant conducted activity that gave rise to the claims in this action in Richland County, Ohio. Defendant Enterprise Holdings Inc., upon information and belief, is a company that controls or affiliates with CLERAC LLC. Accordingly, venue is proper for this action in Richland County, Ohio, pursuant to Ohio R. Civ. P. 3 (C) (3).

3. At all times relevant herein, Defendant EAN Holdings, LLC d/b/a Enterprise Rent-A-Car (hereinafter referred to collectively as "Enterprise Rent-A-Car" or "Enterprise"), transacts business, in combination with Defendant CLERAC, LLC or by itself, throughout the State of Ohio and in Richland County, Ohio at a store it owns and operates at 1512 W 4th Street, Mansfield, Ohio

2

44906. Defendant Enterprise Holdings Inc., upon information and belief, is a company that controls or affiliates with EAN Holdings LLC. Accordingly, venue is proper for this action in Richland County, Ohio, pursuant to Ohio R. Civ. P. 3 (C) (3).

4. At all times relevant herein, Defendants John Doe (s) and Jane Roe (s), names and address(es) unknown, are or were employees, agents or representative(s) of Defendant Enterprise Rent-A-Car that engaged in negligence as to training, supervision, entrusted and retention at the store located at 1512 W. 4th Street, Mansfield, Ohio 44906; and the John Doe and Jane Roe Corporations, Limited Liability Companies, Businesses or Other Entities, by and through employees, agents or representatives, acted negligently in this action by and through employees, agents, and representatives which are unknown to Plaintiff. Plaintiff has not been able to identify the names (s) and address(es) of Defendants John and Jane Doe individuals, corporations, limited liability companies, businesses and other entities, through the exercise of reasonable diligence. John Doe and Jane Roe are residents of the State of Ohio and are subject to the jurisdiction of this Court, or in the alternative, one or more of the them are foreign entities doing business in the State of Ohio.

5. On the morning of February 11, 2019, Ty'Rell Pounds used a rental car provided to him by Defendant Enterprise Rent-A-Car's to abduct and kill Skylar Williams from The Ohio State University campus in Mansfield ("OSU") where she was a student. Ty'Rell Pounds was killed in the ensuing shootout with police.

6. Several months before her untimely death, Skylar and her sister had informed Defendant Enterprise-Rent-A-Car that Ty'Rell Pounds had been stalking Skylar by rental car while he was on the job.

7. At the time Skylar and her sister reported the stalking to Defendant Enterprise, the supervisor of the store let them know that the store had previously received complaints about Ty'Rell's use of rental cars.

8. About a month before she was abducted and killed, an officer at OSU's campus informed Defendant Enterprise Rent-A-Car once more that Ty'Rell was stalking Skylar using company rental cars.

9. Defendant Enterprise's store manager confirmed that Ty'Rell, acting in the scope and course of his employment, was picking up customers on the day the OSU officer contacted the store.

10. Ty'Rell Pounds continued to have access to Defendant Enterprise's vehicles after at least three people had reported the stalking by rental car.

11. Decedent Skylar was abducted around 11:30 am on February 11, 2019 and held hostage for almost five hours before being shot to death in her chest while confined to the passenger seat of a vehicle owned by Defendant Enterprise Rent-A-Car. Ty'Rell Pounds was found to have had on a bulletproof vest in the rental car where Skylar died.

12. After abducting Skylar and before killing her, Ty'Rell Pounds returned to Defendant Enterprise Rent-A-Car's store location to pick up his car.

13. Ty'Rell Pounds was an employee of Defendant Enterprise at all times complained of herein.

14. Skylar passed away leaving a son who is now three-years old.

15. Defendant Enterprise Rent-A-Car had a duty to take appropriate measures once it learned of the dangerous propensity of its employee.

16. Defendant Enterprise Rent-A-Car knew or should have known about the dangerous propensity of its employee.

17. Any failure to learn about the dangerous propensity of its employee was due to Defendant Enterprise Rent-A-Car's negligent training of the store managers, John Doe and/or Jane Roe at the Mansfield location.

18. Defendant Enterprise Rent-A-Car was aware of Ty'Rell Pound's incompetence and/or dangerous propensity and negligently entrusted, retained, or supervised such employee.

19. Defendant Enterprise Rent-A-Car's negligent entrustment, retention, or supervision of its employee actually and proximately caused Skylar to endure mental anguish and experience terrifying pain and suffering.

20. Skylar's death was directly and proximately caused by Defendant Enterprise Rent-A-Car's negligent entrustment of their company vehicles to Ty'Rell Pounds, its employee.

21. Skylar's death was directly and proximately caused by Defendant Enterprise Rent-A-Car's negligent supervision of Ty'Rell Pounds, its employee.

22. Skylar's death was directly and proximately caused by Defendant Enterprise Rent-A-Car's negligent retention of Ty'Rell Pounds, its employee.

23. Defendant Enterprise Rent-A-Car derived a benefit from the activities of its employee, Ty'Rell Pounds, while he stalked Skylar Williams by rental car.

24. Defendant Enterprise Rent-A-Car had actual or constructive knowledge of Ty'Rell Pounds' stalking and intimidation by rental car and ratified such stalking and intimidation of Skylar Williams.

25. As a direct and proximate result of the conduct of the Defendants, Skylar Williams, the deceased, experienced much fear, intimidation, pain, suffering, and mental anguish until the time of her wrongful death.

### SECOND CLAIM OF RELIEF OF PLAINTIFF ERNESTINE WILLIAMS, ADMINISTRATOR OF THE ESTATE OF SKYLAR WILLIAMS, DECEASED, AGAINST DEFENDANTS FOR WRONGFUL DEATH

26. Plaintiff Ernestine Williams, as Administrator of the Estate of Skylar Williams, deceased, incorporates all of the allegations contained in paragraphs one (1) through twenty-five (25) as if they were fully rewritten herein.

27. Plaintiff Ernestine Williams is the natural mother of, and administrator of the Estate of Skylar Williams, deceased. She brings this action pursuant to Ohio Revised Code § 2125.01 and § 2125.02 for the exclusive benefit of the next of kin of Skylar Williams, deceased.

28. As further direct and proximate result of the conduct of Defendants, the next-of-kin of the decedent have suffered pecuniary loss and non-pecuniary loss, including but not limited, the loss of support, services, consortium, care, attention, protection, advice, guidance, counsel, instruction, and education by decedent for her child and next-of-kin and further loss of prospective inheritance and have suffered mental anguish.

29. As further direct and proximate result of the conduct of the Defendants, the next-of-kin of the decedent incurred reasonable burial and funeral expenses.

**WHEREFORE**, Plaintiff Ernestine Williams as the natural mother of Skylar Williams, deceased, and as Administrator of the Estate of Skylar Williams, for exclusive benefit of the next-of-kin, demands judgment against the Defendants, jointly and severally, in an amount greater than Twenty-Five Thousand Dollars ($25,000.00), plus interest, the costs of this action and all other relief that this Court deems just and equitable.

Respectfully Submitted,

**REYNOLDS LAW GROUP, LLC**

*/s/ Isaac Tekie (w/ consent/ Auth.)*
Isaac Tekie
Georgia Bar No. 558190
The Lenox Towers
3390 Peachtree Road, N.E., Ste. 1100
Atlanta, Ga. 30326
Telephone: 404.420.1030
Facsimile: 888.677.1453
E-mail: itekie@thomasreynoldslaw.com

and

**THE PATMON LAW FIRM LLC**

William W. Patmon III, (0062204)
The Patmon Law Firm LLC
4200 Regent Street Suite 200
Columbus, OH 43219
Telephone: 614.944.5786
Facsimile: 614.448.4393
E-mail: wpatmon@patmonlaw.com

*Attorneys for Plaintiff*

JURY DEMAND

Plaintiff hereby demands trial by jury as to all issues contained herein

William W. Patmon III (0062204)

EXHIBIT A

**FILED**

OCT 06 2020

Richland County Court
of Common Pleas
Probate Division

PROBATE COURT OF __RICHLAND__ COUNTY, OHIO

ESTATE OF __SKYLAR NICHOLE WILLIAMS__, DECEASED

CASE NO. 20201427

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

[For Executors and all Administrators]

Name and Title of Fiduciary __ERNESTINE R. WILLIAMS, Administrator__

On hearing in open Court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that;

Decedent died [check one of the following] ☐ testate - ☒ intestate - on __February 11, 2019__, domiciled in __Richland County, Ohio__.

[Check one of the following] ☐ Bond is dispensed with by the Will - ☒ Bond is dispensed with by law - ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

__Oct. 6, 2020__                                __/s/ Philip Alan B. Mayer__
Date                                            PROBATE JUDGE Philip Alan B. Mayer

### CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

PHILIP ALAN B. MAYER
Probate Judge/Clerk

[Seal]                                          by __/s/__
                                                __10-6-20__
                                                Date

FORM 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

**EXHIBIT A**

SUMMONS
Richland County Common Pleas Court of Ohio

ERNESTINE R WILLIAMS INDIVIDUALLY

CASE: 2021 CV 0061

VS

CLERAC LLC

CLERAC LLC
DBA ENTERPRISE RENT A CAR
C/O S/A CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY SUITE 125
COLUMBUS, OH 43219

You have been named Defendant (s) in a complaint filed in Richland County Court of Common Pleas, 50 Park Ave East, Mansfield, Ohio by

ERNESTINE R WILLIAMS INDIVIDUALLY
AS ADMINISTRATOR OF THE ESTATE OF
MANSFIELD, OH 44905

Plaintiff (s). A copy of the Complaint is attached hereto. The name and address of the Plaintiff's Attorney is,
WILLIAM W PATMON III
THE PATMON LAW FIRM LLC
4200 REGENT STREET SUITE 200
COLUMBUS, OH 43219

You are hereby summoned and required to serve upon the Court, your answer to the complaint within **28 days** after service of this summons on you, exclusive of the day of service. You must also serve a copy of the answer upon the Plaintiff's Attorney, or upon the Plaintiff, if he/she has no Attorney of record within 3 days after filing the Answer with the Court.
If you fail to appear and defend, judgment by default will be rendered against you for the relief demanded in the complaint.

February 5, 2021

LINDA H FRARY
CLERK, COURT OF COMMON PLEAS

By _____
Deputy Clerk

\*\*\*\*\*\*SUMMONS SENT BY REGULAR MAIL AS INSTRUCTED, ON DATE ABOVE. PER CIV. R. 4.6(D), YOUR ANSWER DATE IS:

SHERIFF'S RETURN
    Service and Return:    $ _____
    Mileage    $ _____
    TOTAL    $ _____

    How Served: (Mail / Person)
    When Served: _____

        Sheriff

SUMMONS
Richland County Common Pleas Court of Ohio

ERNESTINE R WILLIAMS INDIVIDUALLY

CASE: 2021 CV 0061

VS

CLERAC LLC

EAN HOLDINGS LLC
DBA ENTERPRISE RENT A CAR
C/O S/A CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY SUITE 125
COLUMBUS, OH 43219

You have been named Defendant (s) in a complaint filed in Richland County Court of Common Pleas, 50 Park Ave East, Mansfield, Ohio by

ERNESTINE R WILLIAMS INDIVIDUALLY
AS ADMINISTRATOR OF THE ESTATE OF
MANSFIELD, OH 44905

Plaintiff (s). A copy of the Complaint is attached hereto. The name and address of the Plaintiff's Attorney is,
WILLIAM W PATMON III
THE PATMON LAW FIRM LLC
4200 REGENT STREET SUITE 200
COLUMBUS, OH 43219

You are hereby summoned and required to serve upon the Court, your answer to the complaint within **28 days** after service of this summons on you, exclusive of the day of service. You must also serve a copy of the answer upon the Plaintiff's Attorney, or upon the Plaintiff, if he/she has no Attorney of record within 3 days after filing the Answer with the Court.
If you fail to appear and defend, judgment by default will be rendered against you for the relief demanded in the complaint.

February 5, 2021

LINDA H FRARY
CLERK, COURT OF COMMON PLEAS

By _____
Deputy Clerk

******SUMMONS SENT BY REGULAR MAIL AS INSTRUCTED, ON DATE ABOVE. PER CIV. R. 4.6(D), YOUR ANSWER DATE IS:

SHERIFF'S RETURN
    Service and Return:    $_____
    Mileage    $_____
    TOTAL    $_____

How Served: (Mail / Person)
When Served: _____

_____
Sheriff

# EXHIBIT A
## SUMMONS
Richland County Common Pleas Court of Ohio

ERNESTINE R WILLIAMS INDIVIDUALLY

CASE: 2021 CV 0061

VS

CLERAC LLC

**ENTERPRISE HOLDINGS INC**
**GENERAL MANAGER OR COUNSEL**
**600 CORPORATE PARK DRIVE**
**ST LOUIS,MO 63105**

You have been named Defendant (s) in a complaint filed in Richland County Court of Common Pleas, 50 Park Ave East, Mansfield, Ohio by

ERNESTINE R WILLIAMS INDIVIDUALLY
AS ADMINISTRATOR OF THE ESTATE OF
MANSFIELD,OH 44905

Plaintiff (s). A copy of the Complaint is attached hereto. The name and address of the Plaintiff's Attorney is,
WILLIAM W PATMON III
THE PATMON LAW FIRM LLC
4200 REGENT STREET SUITE 200
COLUMBUS, OH 43219

You are hereby summoned and required to serve upon the Court, your answer to the complaint within **28 days** after service of this summons on you, exclusive of the day of service. You must also serve a copy of the answer upon the Plaintiff's Attorney, or upon the Plaintiff, if he/she has no Attorney of record within 3 days after filing the Answer with the Court.
If you fail to appear and defend, judgment by default will be rendered against you for the relief demanded in the complaint.

February 5, 2021

LINDA H FRARY
CLERK, COURT OF COMMON PLEAS

By _____
Deputy Clerk

******SUMMONS SENT BY REGULAR MAIL AS INSTRUCTED, ON DATE ABOVE. PER CIV. R. 4.6(D), YOUR ANSWER DATE IS:
_____

SHERIFF'S RETURN
    Service and Return:   $_____
    Mileage   $_____
    TOTAL   $_____

    How Served: (Mail  /  Person)
    When Served: _____

        Sheriff

**Return Receipt (Form 3811)**

9590 9266 9904 2158 5634 2A

1. Article Addressed to:

    ELRAC LLC
    DBA ENTERPRISE RENT A CAR
    C/O S/A CT CORPORATION SYSTEM
    4400 EASTON COMMONS WAY SUITE 1
    COLUMBUS, OH 43219

    2021 CV 0061

2. Certified Mail (Form 3800) Article Number

    9414 7266 9904 2158 5634 25

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

EXHIBIT A

A. Signature: [signed] Daniel D. Kelley — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Daniel D. Kelley

C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

RICHLAND COUNTY
CLERK OF COURTS
FILED
2021 FEB 22 A 11:48
LINDA FRARY
CLERK OF COURTS

Service Type: ☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

9414 7266 9904 2158 5634 25

CLERK OF COURTS

Domestic Return Receipt

**Return Receipt (Form 3811) Barcode**

9590 9266 9904 2158 5634 35

1. Article Addressed to:

    EAN HOLDINGS LLC
    DBA ENTERPRISE RENT A CAR
    C/O S/A CT CORPORATION SYSTEM
    4400 EASTON COMMONS WAY SUITE
    COLUMBUS, OH 43219

    2021 CV 0061

2. Certified Mail (Form 3800) Article Number

    9414 7266 9904 2158 5634 32

PS Form 3811 Facsimile, July 2015

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature: Daniel D. Kelley]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Daniel D. Kelley
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
9414 7266 9904 2158 5634 32

CLERK OF COURTS

Domestic Return Receipt

---

_[Stamp: FILED 2021 FEB 22 A 11:08 LINDA H. FRARY CLERK OF COURTS RICHLAND COUNTY]_

# IN THE COMMON PLEAS COURT
# RICHLAND COUNTY, OHIO

Case No. 2021 CV 0061

| ERNESTINE R WILLIAMS INDIVIDUALLY | CLERAC LLC |
|---|---|
| Plaintiff | Defendant |

**SEND TO:**

File Copy
2021 CV 0061

WILLIAM W PATMON III
THE PATMON LAW FIRM LLC
4200 REGENT STREET SUITE 200
COLUMBUS, OH 43219
(614)-944-5786

()--

*[Filed stamp: 2021 FEB 11 P 1:52 LINDA H. FRARY CLERK OF COURTS RICHLAND COUNTY CLERK OF COURTS FILED]*

## SCHEDULING ORDER

An INITIAL SCHEDULING CONFERENCE in the above case is ORDERED:

| | | | |
|---|---|---|---|
| Date: | 05/03/2021 | Time: | 10:30 am |
| Place: | 50 PARK AVE. EAST MANSFIELD, OH 44902 | Courtroom: | COURTROOM 3 |
| | | Phone | 419-774-5570 |

**NOTICE: YOU STILL MUST ANSWER THE COMPLAINT, WITHIN 28 DAYS AFTER IT WAS SERVED ON YOU, TO AVOID DEFAULT JUDGMENT AGAINST YOU.**

This scheduling conference will be conducted by the **MAGISTRATE ANDREA J CLARK** and **may be held by telephone upon the condition that opposing counsel are notified and given the opportunity to appear by phone as well. The requesting party shall conference in all parties appearing by phone and then conference in the Court. The Court does not require notice of the intent to appear by phone.** The scheduling conference will identify issues for trial and establish a schedule for disposition of the case. Counsel (not secretaries or paralegals) shall be prepared to discuss issues in the case, discovery yet to be completed and the time needed for discovery, pending or anticipated motions, settlement proposals, time required for trial and trial dates. <u>Attorneys will bring their calendars to the conference to facilitate scheduling</u>.

**IF THERE ARE ANY DEFENDANTS WHO HAVE NOT YET ENTERED AN APPEARANCE, PLAINTIFF'S COUNSEL SHALL ASSURE THEY ARE SERVED WITH A COPY OF THIS SCHEDULING ORDER WHEN THEY APPEAR.**
**SO ORDERED.**

**JUDGE PHILLIP S NAUMOFF**

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served according to local rules and sent by ☐ Regular Mail, ☐ Hand-delivered to parties, ☐ Placed in counsel's box in Clerk's Office on <u>February 11, 2021</u>, to the following:
cc:

| | |
|---|---|
| CLERAC LLC | ISAAC TEKIE |
| EAN HOLDINGS LLC | WILLIAM W PATMON III |
| ENTERPRISE HOLDINGS INC | <u>WENDY MILLS</u> |

**EXHIBIT A**

| 2021 CV 0061 WILLIAMS INDIVIDUALLY, ERNESTINE R VS CLERAC LLC PSN |
|---|

- Case Type:
- CIVIL
- Case Status:
- OPEN
- File Date
- 02/04/2021
- DCM Track:
- 
- Action:
- OTHER TORTS
- Status Date:
- 02/04/2021
- Case Judge:
- NAUMOFF, JUDGE PHILLIP S
- Next Event:
- 05/03/2021

All Information | Party | Docket | Event | Disposition | Financial | Service Records

### Docket Information

| Date | Docket Text | Amount Owed |
|---|---|---|
| 02/04/2021 | DEPOSIT Receipt: 404015 Date: 02/05/2021 | $133.00 |
| 02/04/2021 | HOUSE BILL FEE-CIVIL Receipt: 404015 Date: 02/05/2021 | $26.00 |
| 02/04/2021 | CLERK'S COMPUTER FEE-GEN DIV Receipt: 404015 Date: 02/05/2021 | $20.00 |
| 02/04/2021 | COURT'S COMPUTER FEE Receipt: 404015 Date: 02/05/2021 | $6.00 |
| 02/04/2021 | CLERKS FEES Receipt: 404015 Date: 02/05/2021 | $25.00 |
| 02/04/2021 | SPECIAL PROJECT FEE-CIVIL Receipt: 404015 Date: 02/05/2021 | $70.00 |
| 02/04/2021 | MEDIATION AND PROJECTS FUND Receipt: 404015 Date: 02/05/2021 | $20.00 |
| 02/04/2021 | OTHER TORTS | |
| 02/04/2021 | DEPOSIT FOR JURY DEMAND<br>Attorney: PATMON III, WILLIAM W (62204) Receipt: 404015 Date: 02/05/2021 | $400.00 |
| 02/04/2021 | COMPLAINT W/ JURY DEMAND FILED<br>Attorney: PATMON III, WILLIAM W (62204)<br>SCANNED 2/5/2021 JAH | $8.00 |
| 02/05/2021 | SUMMONS CERTIFIED MAIL -<br>SCANNED 2/5/2021 JAH | $2.00 |
| 02/05/2021 | Issue Date: 02/05/2021<br>Service: SUMMONS CERTIFIED MAIL -<br>Method: CERTIFIED MAIL<br>Cost Per: $10.00<br><br>  CLERAC LLC<br>  DBA ENTERPRISE RENT A CAR<br>  C/O S/A CT CORPORATION SYSTEM<br>  4400 EASTON COMMONS WAY SUITE 125<br>  COLUMBUS, OH 43219<br>  Tracking No: 94147266990421585634 25<br><br>  EAN HOLDINGS LLC<br>  DBA ENTERPRISE RENT A CAR<br>  C/O S/A CT CORPORATION SYSTEM<br>  4400 EASTON COMMONS WAY SUITE 125<br>  COLUMBUS, OH 43219<br>  Tracking No: 94147266990421585634 32<br><br>  ENTERPRISE HOLDINGS INC<br>  GENERAL MANAGER OR COUNSEL<br>  600 CORPORATE PARK DRIVE<br>  ST LOUIS, MO 63105<br>  Tracking No: 94147266990421585634 49 | $30.00 |
| 02/11/2021 | HEARING SCHEDULED:<br>Event: INITIAL SCHEDULING CONFERENCE<br>Date: 05/03/2021 Time: 10:30 am<br>Judge: CLARK, ANDREA J Location: COURTROOM 3 | |
| 02/11/2021 | HEARING SCHEDULED/ORDER FILED<br>SCANNED 02/12/21 BPD | $2.00 |
| 02/12/2021 | POSTAGE FEE<br> ISAAC TEKIE<br> WILLIAM PATMON III<br> CLERAC LLC<br> ENTERPRISE HOLDINGS INC<br> EAN HOLDING LLC | $7.50 |
| 02/22/2021 | SUCCESSFUL SERVICE<br> Method  : CERTIFIED MAIL<br> Issued   : 02/05/2021<br> Service  : SUMMONS CERTIFIED MAIL -<br> Served   : 02/17/2021<br> Return   : 02/22/2021<br> on       : CLERAC LLC<br> Signed By : DANIEL D KELLEY<br> Reason   : SUCCESSFUL SERVICE<br> Comment  : SCANNED 02/23/21 BPD<br> Tracking #: 94147266990421585634 25 | |
| 02/22/2021 | SUCCESSFUL SERVICE<br> Method  : CERTIFIED MAIL<br> Issued   : 02/05/2021<br> Service  : SUMMONS CERTIFIED MAIL -<br> Served   : 02/17/2021<br> Return   : 02/22/2021<br> on       : EAN HOLDINGS LLC<br> Signed By : DANIEL D KELLEY<br> Reason   : SUCCESSFUL SERVICE<br> Comment  : SCANNED 02/23/21 BPD<br> Tracking #: 94147266990421585634 32 | |

15

# EXHIBIT A

16